DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMPRIS JONES,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D18-933

[January 31, 2019]

Administrative appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings; L.T. Case Nos. 1251814701 and 17F-08653.

Empris Jones, West Palm Beach, pro se.

Marjorie S. Desporte, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***